```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
HYPER BICYCLES, INC.,                      :    22cv1601 (DLC)
                                           :    22cv3308 (DLC)
                                           :
                      Plaintiff,           :
            -v-                            :         ORDER
                                           :
ACCTEL, LTD. and TAPESH SINHA,             :
                                           :
                      Defendants.          :
                                           :
----------------------------------------- X
                                           :
ACCTEL, LTD.,                              :
                                           :
                      Plaintiff,           :
            -v-                            :
                                           :
HYPER BICYCLES, INC.,                      :
                                           :
                      Defendant.           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 2, 2022, the defendants in these consolidated actions moved to dismiss the complaints against them. The cases were reassigned to this Court on August 17. It is hereby

ORDERED that the plaintiffs shall file any amended complaints by **September 9, 2022**. It is unlikely that the plaintiffs will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaints are filed, any oppositions to the motions to dismiss shall be filed by **September 9, 2022**. Replies, if any, shall be filed by **September 16, 2022**. At the time any reply is filed, the moving parties shall supply Chambers with two (2) courtesy copies of

all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         August 26, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge