```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    22cv1601 (DLC)
HYPER BICYCLES, INC.,                    :    22cv3308 (DLC)
                                         :
                    Plaintiff,           :
          -v-                            :         ORDER
                                         :
ACCTEL, LTD. and TAPESH SINHA,           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
                                         :
ACCTEL, LTD.,                            :
                                         :
                    Plaintiff,           :
          -v-                            :
                                         :
HYPER BICYCLES, INC.,                    :
                                         :
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 2, 2022, defendant Hyper Bicycles, Inc. ("Hyper Bicycles") filed a motion to dismiss the complaint against them pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On September 9, plaintiff Acctel, Ltd. ("Acctel") filed an amended complaint. Accordingly, it is hereby

ORDERED that Hyper Bicycles' August 2 motion shall be terminated as moot.

IT IS FURTHER ORDERED that Hyper Bicycles shall respond to the amended complaint by **September 23, 2022**.  If Hyper Bicycles renews their motion to dismiss, Acctel shall file any opposition to the renewed motion by **October 14, 2022**.  Hyper Bicycles shall

file any reply by **October 28, 2022**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.


Dated:   New York, New York
         September 12, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge