```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv1601 (DLC)
HYPER BICYCLES, INC.,                    :    22cv3308 (DLC)
                                         :
                    Plaintiff,           :
           -v-                           :
                                         :         ORDER
ACCTEL, LTD. and TAPESH SINHA,           :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
                                         :
ACCTEL, LTD.,                            :
                                         :
                    Plaintiff,           :
           -v-                           :
                                         :
HYPER BICYCLES, INC.,                    :
                                         :
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

It is hereby ORDERED that the Clerk of Court shall docket all filings in this consolidated action in 22cv1601 only.

Dated:   New York, New York
         November 4, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge