```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                        :       22cv1601 (DLC)
HYPER BICYCLES, INC.,                   :       22cv3308 (DLC)
                                        :
                         Plaintiff,     :
             -v-                        :
                                        :              ORDER
ACCTEL, LTD. and TAPESH SINHA,          :
                                        :
                         Defendants.    :
                                        :
---------------------------------------- X
                                        :
ACCTEL, LTD.,                           :
                                        :
                         Plaintiff,     :
             -v-                        :
                                        :
HYPER BICYCLES, INC.,                   :
                                        :
                         Defendant.     :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 20, 2023, Acctel, Ltd. filed a letter motion requesting a conference to discuss a discovery dispute between the parties.  On January 23, Hyper Bicycles, Inc. filed a response.  It is hereby

ORDERED that a telephone conference will be held on **January 27, 2023** at **11:00 A.M.**  The parties shall use the following dial-in credentials for the telephone conference:

Dial-in:        888-363-4749

Access Code:    4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:      New York, New York
            January 24, 2023

            _____
                    DENISE COTE
            United States District Judge