```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                        :    22cv1601 (DLC)
HYPER BICYCLES, INC.,                   :    22cv3308 (DLC)
                                        :
                            Plaintiff,  :
              -v-                       :
                                        :         ORDER
ACCTEL, LTD. and TAPESH SINHA,          :
                                        :
                            Defendants. :
                                        :
-------------------------------------- X
                                        :
ACCTEL, LTD.,                           :
                                        :
                            Plaintiff,  :
              -v-                       :
                                        :
HYPER BICYCLES, INC.,                   :
                                        :
                            Defendant.  :
-------------------------------------- X
```

DENISE COTE, District Judge:

On March 24, 2023, Hyper Bicycles, Inc. filed letter motions requesting a conference to discuss discovery disputes between the parties. It is hereby

ORDERED that a telephone conference will be held on **March 31, 2023** at **3:30 P.M.** The parties shall use the following dial-in credentials for the telephone conference:

    Dial-in:  888-363-4749

    Access Code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:   New York, New York
         March 27, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge