```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   22cv1601 (DLC)
HYPER BICYCLES, INC.,                    :   22cv3308 (DLC)
                                         :
                            Plaintiff,   :
              -v-                        :
                                         :         ORDER
ACCTEL, LTD. and TAPESH SINHA,           :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X
                                         :
ACCTEL, LTD.,                            :
                                         :
                            Plaintiff,   :
              -v-                        :
                                         :
HYPER BICYCLES, INC.,                    :
                                         :
                            Defendant.   :
---------------------------------------- X
```

DENISE COTE, District Judge:

On April 28, 2023, Hyper Bicycles, Inc. ("Hyper") moved to file certain documents relating to its motion for partial summary judgment under seal. The motion papers attach, quote from, and/or summarize portions of documents that Acctel, Ltd. ("Acctel") has marked confidential pursuant to the Confidentiality Stipulation and Protective Order and deposition transcripts that Hyper is unsure if Acctel intended to designate as confidential. Hyper does not believe that the documents merit filing under seal.

A party's description of information as confidential or highly confidential will not, by itself, be sufficient to support the redaction or sealing of the information. "[A] presumption of public interest attaches" to judicial documents. <u>Olson v. Major League Baseball</u>, 29 F.4th 59, 89 (2d Cir. 2022). The First Amendment "requires a court to make specific, rigorous findings before sealing the document or otherwise denying public access." <u>Bernstein v. Bernstein Litowitz Berger & Grossmann LLP</u>, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted).

It is hereby

ORDERED that a party wishing that any documents be filed under seal or with redactions must include in a publicly filed letter proposed findings that support the request.

Dated: New York, New York
May 15, 2023

                                                DENISE COTE
                               United States District Judge