```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22cv1601 (DLC)
HYPER BICYCLES, INC.,                     :   22cv3308 (DLC)
                                          :
                          Plaintiff,      :
            -v-                           :
                                          :       ORDER
ACCTEL, LTD. and TAPESH SINHA,            :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
                                          :
ACCTEL, LTD.,                             :
                                          :
                          Plaintiff,      :
            -v-                           :
                                          :
HYPER BICYCLES, INC.,                     :
                                          :
                          Defendant.      :
----------------------------------------- X
```

DENISE COTE, District Judge:

On April 28, 2023, Hyper Bicycles, Inc. ("Hyper") filed a motion for partial summary judgment. Hyper moved to file under seal documents that Acctel, Ltd. ("Acctel") had designated as confidential. On June 8, Acctel asked that some of the exhibits and information remain sealed, but did not object to other documents and information being filed publicly.

It is hereby

ORDERED that Acctel's June 8 request to seal is granted.

IT IS FURTHER ORDERED that by **June 16, 2023,** Hyper shall refile its partial summary judgment motion, redacting or filing

under seal only those passages and documents for which sealing has been requested and granted.

Dated:   New York, New York
         June 9, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge