```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22cv1601 (DLC)
HYPER BICYCLES, INC.,                     :    22cv3308 (DLC)
                                          :
                          Plaintiff,      :
            -v-                           :
                                          :    ORDER
ACCTEL, LTD. and TAPESH SINHA,            :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
                                          :
ACCTEL, LTD.,                             :
                                          :
                          Plaintiff,      :
            -v-                           :
                                          :
HYPER BICYCLES, INC.,                     :
                                          :
                          Defendant.      :
----------------------------------------- X
```

DENISE COTE, District Judge:

On June 5, 2023, Acctel, Ltd. ("Acctel") filed a cross-motion for partial summary judgment. Acctel moved to file under seal documents that Hyper Bicycles, Inc. ("Hyper") had designated as confidential. On June 12, Hyper asked that some of the exhibits and information remain sealed, but did not object to other documents and information being filed publicly.

It is hereby

ORDERED that Hyper's June 12 request to seal is granted.

IT IS FURTHER ORDERED that by **June 16, 2023,** Acctel shall refile its cross-motion for partial summary judgment, redacting

or filing under seal only those passages and documents for which sealing has been requested and granted.

Dated:  New York, New York
        June 12, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge

2