```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   22cv1601 (DLC)
HYPER BICYCLES, INC.,                     :   22cv3308 (DLC)
                                          :
                              Plaintiff,  :
            -v-                           :
                                          :        ORDER
ACCTEL, LTD. and TAPESH SINHA,            :
                                          :
                              Defendants. :
                                          :
----------------------------------------  X
                                          :
ACCTEL, LTD.,                             :
                                          :
                              Plaintiff,  :
            -v-                           :
                                          :
HYPER BICYCLES, INC.,                     :
                                          :
                              Defendant.  :
----------------------------------------  X
```

DENISE COTE, District Judge:

On October 4, 2023, the Court issued an Opinion and Order granting in part Hyper Bicycle's April 28, 2023 motion for partial summary judgment and denying Acctel's June 5 cross motion for partial summary judgment. A Mediation Referral Order, issued the same day, directed the parties to participate in good faith in mediation to resolve Hyper's remaining claims. Accordingly, it is hereby

ORDERED that a conference is scheduled for December 8, 2023 at 2:00 p.m. in Courtroom 18B, United States Courthouse, 500

Pearl Street, New York, NY 10007.

Dated:   New York, New York
         October 4, 2023

                                          _____
                                                DENISE COTE
                                      United States District Judge